```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                     EASTERN DIVISION
```

RASHEEN ALDRIDGE,                )
                                 )
    Plaintiff,                   ) Case No. 4:18-CV-1677
                                 )
v.                               ) JURY TRIAL DEMANDED
                                 )
CITY OF ST. LOUIS, et al.        )
                                 )
    Defendants.                  )

    DEFENDANTS' NOTICE OF MOTION TO CONSOLIDATE DISCOVERY

Pursuant to Eastern District Local Rule 42-4.03, defendants hereby notify all parties that a motion to consolidate discovery was filed in Case No. 4:17-CV-02482-RLW. A copy of the motion is attached to this notice.

```
                    Respectfully submitted,
                    JULIAN L. BUSH, CITY COUNSELOR
                    /s/Robert H. Dierker 23671MO
                    dierkerr@stlouis-mo.gov
                    Associate City Counselor
                    /s/Abby Duncan 67766MO
                    duncana@stlouis-mo.gov
                    Assistant City Counselor
                    Meghan Bruyns 69987MO
                    Assistant City Counselor
                    Amy Raimondo 71291MO
                    Assistant City Counselor
                    314 City Hall
                    1200 Market St.
                    St. Louis, MO 63103
                    314-622-3361
                    Fax 314-622-4956
```

Certificate of Service

    I hereby certify that on January 4, 2019, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

                                          /s/Abby Duncan 67766MO