# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RASHEEN ALDRIDGE,      ) | |
|                                       ) | |
|    Plaintiff(s),           ) | |
|                                       ) | |
| vs.                                ) | Case No. 4:18-cv-01677-SRC |
|                                       ) | |
| CITY OF SAINT LOUIS, MISSOURI,  ) | |
| et al.,                              ) | |
|                                       ) | |
|    Defendant(s).         | |

## Memorandum and Order

With Defendant William Olsten's parallel criminal trial having concluded, *see* Doc. 91, the Court lifts its prior order staying the proceedings with respect to Defendant Olsten. *See* Doc. 69. The Court expects Olsten to fully participate in all aspects of the case, including alternative dispute resolution. All deadlines set forth in the Fourth Amended Case Management Order, Doc. 90, remain in effect and the Court expects all parties to work cooperatively to comply with all deadlines.

So Ordered this 21st day of April 2021.

_SLR.CQ_

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**