# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **RASHEEN ALDRIDGE,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 4:18-CV-1677 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **CITY OF ST. LOUIS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, City of St. Louis, and Commissioner John Hayden under Fed. R. Civ. P. 56, move this Court to grant summary judgment in their favor on the claims asserted by Plaintiff Rasheen Aldridge.

The full grounds and authorities in support of this motion are included in the Statement of Uncontroverted Facts and Memorandum in Support filed with this motion.

WHEREFORE, Defendants, City of St. Louis, and Commissioner Hayden respectfully request that this Court grant summary judgment in their favor as there is no genuine issue of material fact to support any of Plaintiffs' allegations, and Defendants request that this Court grant any further relief the Court deems just and proper.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

*/s/ Brandon Laird*
Brandon Laird  65564 MO
Associate City Counselor
Catherine Dierker 70025MO
Assistant City Counselor
dierkerc@stlouis-mo.gov
Robert H. Dierker 23671MO

Deputy City Counselor
dierkerr@stlouis-mo.gov
lairdb@stlouis-mo.gov
Abby Duncan 67766 MO
Associate City Counselor
duncana@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956